UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In Re:

66 Needham Street Limited Partnership,

Debtor

Case No. **12-15222**

Chapter 11

### NOTICE OF APPEARANCE and REQUEST for NOTICES and PLEADINGS PURSUANT TO BANKRUPTCY RULE 2002 by the LAW OFFICES of PHILIP S. LEVOFF for PARTIES IN INTEREST/CREDITORS THERESE BRACKETTE, MARY ANNE SOUSA, THOMAS SULLIVAN, DIANE SULLIVAN, NANCY HEELEN, MARK SULLIVAN, PATRICIA SULLIVAN and MICHELE SULLIVAN WELCH

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 2002, parties-in-interest/creditors Therese Brackette, Mary Anne Sousa, Thomas Sullivan, Diane Sullivan, Nancy Heelen, Mark Sullivan, Patricia Sullivan and Michele Sullivan Welch (collectively the "Beneficiaries") by their attorneys, the LAW OFFICE of PHILIP S. LEVOFF, hereby appear in the above-captioned case and request that notices of all matters in the case be served upon their attorneys at the address set forth below.

Request is hereby also made for service of copies of all papers, including but not limited to orders, reports, pleadings, motions, applications, petitions, requests, disclosure statements, answering and reply papers and notice of hearings or other pleadings, whether formal or informal, whether written or oral and whether transmitted by mail, deliver, telephone, telecopies, telegraph, telex or otherwise, relating to any issue which may be raised in the above-captioned case ("Notices").

All Notices should be sent to the following:

**Philip S. Levoff, Esquire**
**LAW OFFICES of PHILIP S. LEVOFF**
**1172 Beacon Street, Suite 202**
**Newton, MA 02461-1148**

Respectfully submitted,
**Therese Brackett, Mary Anne**
**Sousa, Thomas Sullivan, Diane**
**Sullivan, Nancy Heelen, Mark**
**Sullivan, Patricia Sullivan and**
**Michele Sullivan Welch,**
By their Attorneys


/s/ Philip S. Levoff
Philip S. Levoff, Esquire, BBO #297580
LAW OFFICES of PHILIP S. LEVOFF
1172 Beacon Street, Suite 202
Newton, MA 02461-1148
Tel: (617) 332-0624
Fax: (617) 332-5593

Dated: July 3, 2012

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACUSETTS
EASTERN DIVISION

In Re:

66 Needham Street Limited Partnership,

    Debtor

Case No. **12-15222**

Chapter 11

## CERTIFICATE OF SERVICE

The undersigned, Philip S. Levoff, does hereby represent that he has served a copy of the Notice of Appearance of LAW OFFICES of PHILIP S. LEVOFF, electronically by the Court's ECF system and by first-class mail, postage prepaid, as indicated, on this 3rd day of July, 2012, upon the parties in interest as listed on the Service List below:

### ELECTRONIC NOTICE LIST

- USTPRegion01.BO.ECF@USDOJ.GOV; John Fitzgerald

- gsullivanlaw@aol.com; Gregory M. Sullivan, Esq.

### BY FIRST CLASS MAIL

| | |
|---|---|
| Boston US Bankruptcy Court<br>J.W. McCormack Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109-3945<br><br>66 Needham Street Limited Partnership<br>70 Freemont Street<br>Needham, MA 02494 | JP Morgan Chase Bank, NA<br>1111 Polaris Parkway<br>Columbus, OH 43240<br><br>John Hayes/Hayes Family Trust<br>c/o Matthew J. Buckley, Esq.<br>280 Powderhouse Blvd.<br>Somerville, MA 02144<br><br>Limited Liability Company<br>26 Princess Street, Suite 301<br>Wakefield, MA 01880 |

/s/ Philip S. Levoff
Philip S. Levoff, Esquire, BBO # 297580
LAW OFFICES of PHILIP S. LEVOFF
1172 Beacon Street, Suite 202
Newton, MA 02461-1148
Tel: (617) 332-0624
Fax: (617) 332-5593